# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JARED KALOB VANN,                )
                                 )
            Plaintiff,           )
                                 )
v.                               )          CV421-317
                                 )
DET. CONSTANCE HOGAN,            )
                                 )
            Defendant.           )

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because Plaintiff has failed to comply with the Court's direction to return the forms required by the Prison Litigation Reform Act ("PLRA").  Doc. 6 at 4; *see generally* docket (Plaintiff has not submitted any filings in this case other than a Complaint, doc. 1, a motion to proceed *in forma pauperis*, doc. 2, and a letter, doc. 3); *see also* doc. 7 (Clerk's Notice of Filing Deficiency states that Plaintiff failed to return his "statement regarding referral," and that "[a]fter 14 days of noncompliance, [the deficiency] will be submitted to a judicial officer for possible sanctions, to include dismissal.").

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiff's case should thus be **DISMISSED** without prejudice for failing to comply with the Court's Order and the Clerk's deficiency notice.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The

district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 11th day of April, 2022.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA